IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHASE BANK USA NA,

    Plaintiff,

vs.                        Civil Action 2:06-CV-12
                           Judge Sargus
                           Magistrate Judge King

CHAD WICKLINE, et al.,

    Defendants.

### ORDER

    Plaintiff has moved to vacate the entries of default against defendants Lloyd Davis and Financial Freedom Concepts and to dismiss these defendants. Doc. No. 52. That motion is **GRANTED**. The defaults of Lloyd Davis and Financial Freedom Concepts are **VACATED**. These defendants are **DISMISSED** from the action without prejudice.

4-16-2007
Date

Edmund A. Sargus, Jr.
United States District Judge