IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

CHASE BANK USA, N.A.,

    Plaintiff,

vs.

    Case No. C2-06-012
    Judge Edmund A. Sargus, Jr.
    Magistrate Judge Norah McCann King

CHAD WICKLINE,
    et al.,

    Defendants.

## ORDER

The Court's June 28, 2006 **ORDER SETTING TRIAL DATE AND SETTLEMENT CONFERENCE** (Doc. # 40) is hereby **VACATED**.

IT IS SO ORDERED.

_8-2-2007_
**DATED**

_____
EDMUND A. SARGUS, JR.
UNITED STATES DISTRICT JUDGE