IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **CHASE BANK USA, N.A.,** | : | |
| **Plaintiff,** | : | |
| v. | : | Civil Action 2:06-CV-12 |
| **CHAD WICKLINE, et al.** | : | Judge Sargus |
| **Defendants.** | : | Magistrate Judge King |

## ORDER

Plaintiff Chase Bank USA, N.A. ("Chase Bank") and Defendant Michael Pecora ("Defendant Pecora") have jointly moved to dismiss Defendant Pecora with prejudice subject to Defendant Pecora's agreement to be permanently enjoined from certain future activities. (Doc. No. 65.) Accordingly, Defendant Pecora is permanently enjoined from:

(a) using the internet or telephone system to market or promote the sale of products or services relating to credit card debt elimination;

(b) recruiting sales representatives for the purpose of promoting the sale of products or services relating to credit card debt elimination;

(c) any involvement in the preparation of marketing plans or materials promoting the sale of products or services relating to credit card debt elimination;

(d) any involvement in a multi level marketing company or network marketing company that promotes the sale of products or services relating to credit card debt elimination;

1

2

 (e) issuing, publishing, or otherwise disseminating any forms to modify agreements involving Chase Bank credit card holders to include arbitration provisions, arbitration demands, arbitration awards, or any instructions regarding same;

 (f) interfering in any way with any of Chase Bank's relationships with its credit card holders;

 (g) any solicitation or contact with Chase Bank's credit card holders;

 (h) filing, entering, moving, or taking any such legal action in any court with regard to any arbitration award involving Chase Bank or its current or former affiliates;

 (i) issuing any arbitration award involving Chase Bank or its current or former affiliates;

 (j) conducting any arbitration proceedings involving Chase Bank or its current or former affiliates;

 (k) transferring or assigning any matters involving Chase Bank credit card holders;

 (l) destroying any documents or data retention devices containing information related to Chase Bank or its credit card holders without first offering Chase Bank the opportunity to both inspect and copy same; and

 (m) assisting, advising, or otherwise indirectly participating with any of the foregoing activities.

 Chase Bank's and Defendant Pecora's joint motion is **GRANTED**. Defendant Pecora is permanently enjoined from engaging in the above listed activities and Defendant Pecora is hereby **DISMISSED** from the action with prejudice.

IT IS SO ORDERED.

11-15-2007
Date

Edmund A. Sargus, Jr.
United States District Judge

3