# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO

Eastern Division

**CHASE BANK USA, N.A.,**

       **Plaintiff,**

                                 **JUDGMENT IN A CIVIL CASE**

vs.

                                 **CASE NO. C2-06-012**

**CHAD WICKLINE, et al.,**      **JUDGE EDMUND A. SARGUS, JR.**
                                 **MAGISTRATE JUDGE NORAH MCCANN KING**

       **Defendants.**

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒     **Decision by Court.** A decision has been rendered by the Court without a hearing or trial.

**Pursuant to the Order filed October 28, 2009, JUDGMENT is hereby entered DISMISSING this case. Defendant Mark Browning is liable to Plaintiff Chase Bank USA, N.A., on Count One of the Complaint for $817,355 in damages, and for "threefold the damages" sustained pursuant to 18 U.S.C. § 1964(c). Accordingly, on Count One of the Complaint, Defendant Mark Browing is liable to Plaintiff Chase Bank USA, N.A. for $2,452,065 in damages. Defendant Mark Browning is liable for all COSTS in this case.**

Date: October 28, 2009                                 JAMES BONINI, CLERK

                                                                       /S/ Andy F. Quisumbing
                                                                      (By) Andy F. Quisumbing
                                                                      Courtroom Deputy Clerk